# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DENISE HRYNKIEWICZ, et al | : | CIVIL 09 - 999 (PGS) |
| V. | : | ORDER FOR DISMISSAL |
| United States Post Office | : | Pursuant to General Rule 41.1 |

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since notice from the Clerk on August 4, 2009,

It is on this 2nd day of September 2009,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

_____
PETER G. SHERIDAN, U.S.D.J.